IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00767-RPM

CALVIN BROWN;
JESUS GARCIA,

      Plaintiffs,

v.

CITY OF AURORA,

      Defendant.

_____

ORDER VACATING SCHEDULING ORDER
_____

      Upon reassignment of this civil action and this Court's case management procedures, it is

      ORDERED that the Scheduling Order entered by Magistrate Judge Kathleen M. Tafoya on July 14, 2015, is vacated.

      DATED: July 15th, 2015

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge