IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00767-RPM

CALVIN BROWN;
JESUS GARCIA,

    Plaintiffs,

v.

CITY OF AURORA,

    Defendant.
_____

ORDER FOR FILING AMENDED COMPLAINT
_____

    Upon review of the motion for leave to amend complaint [Doc. 25] and the attached copy of the amended complaint, it is

    ORDERED that the motion is granted and the plaintff shall proceed under D.C.COLO.LCivR 15.1(b).

    DATED: December 10th, 2015

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge