IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00767-RPM

CALVIN BROWN;
JESUS GARCIA,
CHRISTOPHER HENDERSON, and
SEAN THOMAS,

    Plaintiffs,

v.

CITY OF AURORA,
CHIEF MICHAEL GARCIA, in his individual and official capacity, and
LIEUTENANT KENNETH KAHLER, in his individual and official capacity,

    Defendants.

_____

## STAY ORDER
_____

Upon review of the Joint Motion to Stay Case [Doc. 37], it is

ORDERED that the motion is granted.

DATED:   April 6, 2016

                                                  BY THE COURT:

                                                s/Richard P. Matsch

                                                _____
                                                Richard P. Matsch, Senior Judge